RECEIVED

JUL 1 0 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY B. ROSS and PROTOCOL ELECTRONICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CELTRON INTERNATIONAL, INC., et al., <br><br> Defendants. | Docket No.   05-1300 (MLC) <br><br> Civil Action <br><br> **FINAL JUDGMENT** |

This matter having come before the Court for trial, and a unanimous jury having rendered a general verdict accompanied by interrogatories in favor of Plaintiffs on September 3, 2008 (docket entry no. 115), and a supplemental verdict (as to punitive damages only) in favor of Plaintiffs on September 19, 2008 (docket entry no. 119); and the Court approving this form of Final Judgment pursuant to Fed.R.Civ.P. 58(b)(2), and based upon further rulings as set forth in the Order filed herein on November 17, 2008 (docket entry no. 131);,

**IT IS THEREFORE** on this /0_th_ day of July 2009, **ORDERED AND ADJUDGED** that **JUDGMENT** is **ENTERED** is entered in favor of Plaintiffs, Jay B. Ross and Protocol Electronics, Inc., and against the named Defendants as set forth below:

(1) against Defendants Celtron International Inc., Satellite Security Systems, Inc., and Allen Harington, jointly and severally, for breach of contract (Count I of the Amended Complaint), for compensatory damages in the amount of $2,775,000.00 plus $778,786.00 in prejudgment interest (calculated from December 1, 2003 to the date of judgment at the rate set forth in New Jersey Court Rule 4:42-11(a)), in a total amount of $3,553,786.00, plus costs to be taxed by the Clerk;

(2) against Defendant Zirk Engelbrecht for tortious interference with contract (Count XIII of the Amended Complaint) in the amount of $2,775,000.00 plus $778,786.00 in prejudgment interest (calculated from December 1, 2003 to the date of judgment at the rate set forth in New Jersey Court Rule 4:42-11(a)), plus punitive damages in the amount of $1.00, in a total amount of $3,553,787.00, plus costs to be taxed by the Clerk;

(3) in no event shall Plaintiffs recover from the foregoing Defendants a total of compensatory damages and prejudgment interest greater than $3,553,786.00; and

(4) all other claims having been previously resolved by adjudication or stipulation, the Clerk shall mark this action as **CLOSED**.

/s/ Mary L. Cooper
MARY L. COOPER
United States District Judge