Sean J. Kirby (SK 9511)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, Suite 2400
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888
skirby@sheppardmullin.com

Attorneys for Celtron International, Inc.,
Satellite Security Systems, Inc.
and Zirk Engelbrecht

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY B. ROSS and PROTOCOL ELECTRONICS, INC. | ECF CASE |
| Plaintiffs, | CIVIL ACTION NO.: 05-cv-1300 (MLC) |
| v. | **JOINT NOTICE OF APPEAL** |
| CELTRON INTERNATIONAL, INC., et al., | |
| Defendants. | |

Notice is hereby given that Defendants Celtron International, Inc., Satellite Security Systems, Inc. and Zirk Engelbrecht (collectively "defendants") appeal to the United States Court of Appeals for the Third Circuit from the entire judgment entered in this action on July 10, 2009 ("Judgment") (Document No. 156), and the Orders entered by the Honorable Mary L. Cooper, U.S.D.J. on or about July 14, 2009 (Document Nos. 157 and 158), to the extent that the Judgment and the above-referenced orders apply to defendants.

Pursuant to a thirty-day extension ordered by this Court on or about August 7, 2009, see Document No. 163, and Rule 4(a)(5) of the Federal Rules of Appellate Procedure, this Notice is timely submitted.

Dated: New York, New York
September 9, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Sean J. Kirby
Sean J. Kirby (SK 9511)
30 Rockefeller Plaza, Suite 2400
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

*Attorneys for Celtron International, Inc.,
Satellite Security Systems, Inc.
and Zirk Engelbrecht*