## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY B. ROSS and PROTOCOL ELECTRONICS, INC., | Civil Action No. 05-1300 (MLC-TJB) |
| Plaintiffs, | **SATISFACTION OF JUDGMENT** |
| v. | |
| CELTRON INTERNATIONAL, INC., SATELLITE SECURITY SYSTEMS, INC., ALLEN HARRINGTON, AMANDA HARRINGTON, MARIUS JORDAAN, RON PIENAAR, CELTRON INTERNATIONAL, LTD., KENNETH EADE, ESQ., CORDOVANO AND HONECK, P.C., ROGELIO CASTRO, ZIRK ENGELBRECHT, and ABC CORPORATIONS 1-100, | |
| Defendants. | |

WHEREAS, a judgment was entered in the above action on the 10th day of July, 2009, in favor of plaintiffs and against Zirk Engelbrecht in the amount of $3,553,787, including costs, and said judgment with interest and costs thereon having been fully paid, Plaintiffs and Englebrecht acknowledge that nothing in this Satisfaction of Judgment shall preclude Plaintiffs from pursuing all other judgment debtors for the full amount of the judgment against such judgment debtors, and it is certified that there are no outstanding executions with any Sheriff or Marshall as to Engelbrecht.

WHEREFORE, full and complete satisfaction of said judgment as to Englebrecht is hereby acknowledged, and the Clerk of the Court is hereby authorized and

directed to make an entry of the full and complete satisfaction on the docket of said judgment

only as to Englebrecht.

Dated:  October 16, 2009                    CASTRONOVO & McKINNEY, LLC
                                            Attorneys for Plaintiffs


                                     By:_____
                                            Paul Castronovo, Esq.
                                            18 MacCulloch Avenue
                                            Morristown, NJ 07960



STATE OF NEW JERSEY          )
                             )   ss.:
COUNTY OF MORRIS             )


        On the 16th day of October 2009 before me personally came Paul Castronovo to

me known and known to be a member of the firm of Castronovo & McKinney, LLC, attorneys

for plaintiffs in the above-titled action, and to be the same person described in and who

executed the within satisfaction of judgment and acknowledged to me that he executed the

same.


                                     _____
                                     Andrew B. Smith, Esq.
                                     Attorney at Law
                                     State of New Jersey


2