# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

09-3638

Jay Ross, et al v. Celtron Intl Inc, et al

3-05-cv-01300

### O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:       November 9, 2009

SLC/cc:      Paul R. Castronovo Esq.
            Kenneth Eade
            Richard B. Harper Esq.
            Ryan P. Mulvaney Esq.
            Philip Rosenbach Esq.
            Susan G. Rosenthal Esq.
            Thomas P. Scrivo Esq.

**A True Copy**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.