## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

09-3361

Jay Ross, et al v. Celtron Intl Inc, et al

3-05-cv-01300

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk



cc: Paul R. CastronovoEsq.
Philip RosenbachEsq.
Susan G. RosenthalEsq.



Dated:  March 22, 2010